UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PAT CARLOTTO,

      Plaintiff,

v.

CITY OF SOUTH HAVEN,

      Defendant.

Case No. 25-1557

Hon. Phillip J. Green

| | |
|---|---|
| Mark S. Wilkinson (P68765)<br>PALADIN EMPLOYMENT LAW PLLC<br>*Attorney for Plaintiff*<br>5955 W. Main St., Ste. 618<br>Kalamazoo, MI 49009<br>(tel.) 269.978.2474<br>mark@paladinemploymentlaw.com | Andrew J. Brege (P71474)<br>ROSATI SCHULTZ JOPPICH<br> & AMTSBUECHLER P.C.<br>*Attorney for Defendant*<br>822 Centennial Way, Ste. 270<br>Lansing, MI 48917<br>(tel.) 517.886.3800<br>abrege@rsjalaw.com |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

In accordance with Federal Rule of Civil Procedure 37, Plaintiff Pat Carlotto requests that the Court enter an order that requires Defendant to provide full and complete answers and responses to Plaintiff's first set of interrogatories and his first request to produce documents. Defendant has not provided any answer, response, or objection to Plaintiff's first set of interrogatories or his first request to produce documents. Plaintiff incorporates and relies on his brief in support of his motion to compel discovery.

### RELIEF REQUESTED

Plaintiff requests that the Court enter an order that compels Defendant to do the following within five days:

- provide full and complete answers to Plaintiff's first set of interrogatories, without

- 2 -

objection;

- provide full and complete responses to Plaintiff's first request to produce documents, without objection; and

- deem any objection waived that Defendant may claim to have in answering or responding to Plaintiff's first set of interrogatories or his first request to produce documents.

Plaintiff further requests that the Court award him his costs and attorney's fees incurred in connection with this motion and any additional relief as the Court determines appropriate and just under the circumstances.

PAT CARLOTTO

Dated: May 5, 2026

By:  /s/  Mark S. Wilkinson

Mark S. Wilkinson (P68765)
PALADIN EMPLOYMENT LAW PLLC
*Attorney for Plaintiff*
5955 W. Main St., Ste. 618
Kalamazoo, MI 49009
(tel.) 269.978.2474
mark@paladinemploymentlaw.com