# Exhibit 2



## Carlotto v. City of South Haven (Case No. 25-1557)

**Mark Wilkinson** <mark@paladinemploymentlaw.com>          Wed, Feb 11, 2026 at 4:42 PM
To: abrege@rsjalaw.com

Hi Andrew,

I have attached a copy of Plaintiff's first set of interrogatories and first request to produce. Hard copies will follow by regular U.S. mail.

_____

Mark S. Wilkinson, *attorney*
(tel.) 269.978.2474 - direct
mark@paladinemploymentlaw.com
www.paladinemploymentlaw.com

 **133046.1.pdf**
90K



## Carlotto v. City of South Haven (Case No. 25-1557)

**Mark Wilkinson** <mark@paladinemploymentlaw.com>                    Thu, Apr 2, 2026 at 8:22 AM
To: abrege@rsjalaw.com

Hi Andrew,

Defendant's discovery responses were due on March 16. When do you anticipate providing answers and responses?

Thanks.

Mark
[Quoted text hidden]





**Mark Wilkinson <mark@paladinemploymentlaw.com>**

## Carlotto v. City of South Haven (Case No. 25-1557)

**Andrew J. Brege** <abrege@rsjalaw.com>                          Mon, Apr 6, 2026 at 11:41 AM
To: Mark Wilkinson <mark@paladinemploymentlaw.com>

I have been out most of the past several weeks and am catching up – I will get this information to you by the end of the week.

Also, have you looked at the dates Bogas' office sent?  I am pretty jammed up in late June / early July, but middle July probably works for me.  My more difficult task is getting the carrier's availability, so if you have dates that absolutely do not work in July, can you let me know so I can start running them by my clients?



**Andrew J. Brege**

822 Centennial Way, Suite 270

Lansing, MI 48917

P 517.886.3800 | F 517.886.9154

Email: abrege@rsjalaw.com

Website: rsjalaw.com

The information contained in this communication is intended for the use of the recipient named above and contains confidential and legally-privileged information.  If the reader of this communication is not the intended recipient, do not read, copy, disseminate or distribute it. You are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited.  If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. If you need any additional information, please contact the sender at 517.886.3800. Thank you.

[Quoted text hidden]



**Mark Wilkinson <mark@paladinemploymentlaw.com>**

## Carlotto v. City of South Haven (Case No. 25-1557)

**Andrew J. Brege** <abrege@rsjalaw.com>                                    Tue, Apr 14, 2026 at 9:34 AM
To: Mark Wilkinson <mark@paladinemploymentlaw.com>

Mark:

I am going to start sending materials to you in rolling production as I get them and get them all sorted.
First batch will be coming later today – I will send via a OneDrive link.  As for mediation, do you prefer in
person or Zoom?  I am fine either way, but Zoom provides more flexibility for MMRMA, who are usually
the hardest to pin down.  I am hoping to get some dates by the end of the day, today, as well and will
circulate.

Again, I apologize for the delay in this, but I have been completely slammed these past few months and
still trying to get my head above water.

[Quoted text hidden]



Mark Wilkinson <mark@paladinemploymentlaw.com>

## Carlotto v. City of South Haven (Case No. 25-1557)

**Mark Wilkinson** <mark@paladinemploymentlaw.com>                    Wed, Apr 29, 2026 at 2:53 PM
To: "Andrew J. Brege" <abrege@rsjalaw.com>

Hi Andrew,

Defendant's discovery responses were due on March 16, and in your note below you said that you were going to provide those responses by April 10 (and possibly a rolling production starting on April 14). In any event, it's now April 29 and we haven't received anything from your side. As I'm sure you can understand, we're now at the point where we need to file a motion to compel discovery.

But before we do, I thought I'd try one last time to avoid having to involve the court. Please provide Defendant's discovery responses by the close of business on Monday, May 4.

This will serve as our attempt to seek concurrence in Plaintiff's motion to compel discovery.

Call me if there are any issues or if we need to chat. I'm available most of the week.

Thanks.

Mark
[Quoted text hidden]