UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAT CARLOTTO,

    Plaintiff,

v

CITY OF SOUTH HAVEN,

    Defendant.

Case No. 1:25-cv-01557-PJG

Magistrate Judge Phillip J. Green

_____/

| PALADIN EMPLOYMENT LAW, PLLC | ROSATI, SCHULTZ, JOPPICH & |
|---|---|
| Mark S. Wilkinson (P68765) | AMTSBUECHLER, P.C. |
| *Attorney for Plaintiff* | Andrew J. Brege (P71474) |
| 5955 W. Main St., Ste. 618 | *Attorney for Defendant* |
| Kalamazoo, MI 49009 | 822 Centennial Way, Ste. 270 |
| (269) 978-2474 | Lansing, MI 48917 |
| mark@paladinemploymentlaw.com | (517) 886-3800 |
| | abrege@rsjalaw.com |

_____/

## STIPULATION AND ORDER EXTENDING CASE MANAGEMENT ORDER DATES

The Parties herein, hereby stipulate and agree to extend the dates currently set in the Court's

Case Management Order (ECF No. 13) as follows:

1. The parties have been engaged in discovery, including exchange of written materials which includes thousands of email and other electronic documents.
2. Defendant is still processing significant additional materials, which includes thousands documents compiled through agreed ESI search terms, which will require significant time for review.
3. The parties are working together to find mutually agreeable deposition dates, but due to schedule discrepancies, have not been able to secure dates within the current case management order deadlines.
4. Additionally, the parties need additional time to schedule facilitative mediation with their agreed mediator.
5. The parties agree that the current case management order deadlines for discovery, ADR completion, and dispositive motions should be extended by 60 days to ensure discovery and mediation may be completed.
6. The discovery deadline may be extended to October 31, 2026
7. The ADR completion deadline may be extended to October 31, 2026.

8. The dispositive motion deadline may be extended to November 30, 2026.
9. All other dates shall remain.

Approved for entry:

Dated: July 7, 2026                         /s/ Mark S. Wilkinson (w/permission)
                                                Mark S. Wilkinson (P68765)
                                                  Attorney for Plaintiff

Dated: July 7, 2026                         /s/ Andrew J. Brege
                                                  Andrew J. Brege (P71474)
                                                    Attorney for Defendant

## **ORDER**

PRESENT: HON. PHILLIP J. GREEN

This matter having come before the Court on the stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the dates listed in the Court's Case Management Order (ECF No. 13) are extended as follows:

Completion of Discovery:          October 31, 2026

Completion of ADR:              October 31, 2026

Dispositive Motions:             November 30, 2026

All other dates shall remain as listed in ECF No. 13

**IT IS SO ORDERED.**

**This is not a final order and does not close this case.**

Dated:   July 9, 2026                      /s/ Phillip J.  Green
                                                  PHILLIP J. GREEN
                                                  United States Magistrate Judge